# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2020

162111 & (21)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* PETITION OF WAYNE COUNTY
TREASURER FOR FORECLOSURE.

_____

WAYNE COUNTY TREASURER,
            Petitioner-Appellee,

v

THOMAS P. GALIEOTE, DIANE MARIE
GALIEOTE, and INTERSTATE EQUITIES, LLC,
            Respondents-Appellants,

and

HOME TEAM HOLDINGS, INC.,
            Intervening Party-Appellee.

_____/

SC: 162111
COA: 353846
Wayne CC: 17-008808-CH

 

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 3, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2020



Clerk

p1208